IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR RAFAEL SERRANO, | ) ) ) ) | No. CV-F-08-968 OWW (No. CR-F-02-5319 OWW) |
| Petitioner, | ) ) ) | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

By Order filed on March 11, 2009, Petitioner was ordered to file within 30 days of the filing date of the Order, "an amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 setting forth the *specific* facts upon which he relies in contending that he is entitled to relief because of Mr. Homola's alleged failure to file an appeal."

On April 3, 2009, Petitioner filed a motion for an extension of time to comply with the March 11, 2009 Order, "due to being placed in 'Shu' for investigation." Petitioner asserts that he

needs "more than 30 days for lack of law library and law assistance."

Petitioner's motion for extension of time is GRANTED. Petitioner shall file his amended Section 2255 motion in compliance with the March 11, 2009 Order within 30 days of the filing date of this Order.[1]

IT IS SO ORDERED.

Dated:   April 9, 2009                      /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

---

[1] **Petitioner is advised that it is his responsibility to file a pleading captioned "Notice of Change of Address" if his address changes during the pendency of this proceeding.  Failure to do so will result in service of Court Orders being effective even if Petitioner does not receive them.**